B&N File 14873.0AS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (Trenton)

| | |
|---|---|
| BASYA GUTMAN, on behalf of herself and all other similarly situated consumers<br><br>Plaintiffs<br><br>vs.<br><br>CFS2 Inc<br><br>Defendant | 3:17-cv-04270 (FLW)(LHG) |

## STIPULATION OF DISMISSAL

**WHEREAS**, the parties in the above-captioned action wish to discontinue the litigation;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

Dated: August 22, 2017

s/Mitchell L. Williamson
MITCHELL L. WILLIAMSON, Esq.
Barron & Newburger, P.C.
458 Elizabeth Ave - Suite 5371
Somerset, New Jersey 08873
(732) 328-9480
mwilliamson@bn-lawyers.com
Attorneys for Defendant CFS2 Inc.

s/Igor B. Litvak
IGOR B LITVAK, Esq
Maxim Maximov, LLP
1701 Avenue P
Brooklyn, NY 11229
(646) 796-4905
igorblitvak@gmail.com
Attorneys for Plaintiff Basya Gutman

IT IS SO ORDERED:

_____  8/24/17
FREDA L. WOLFSON, U.S.D.J.